USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 08 2019

# PAWAR LAW GROUP P.C.
### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

Robert Blossner
Vik Pawar

> Application DENIED. Attorney Pawar may include his "scope" arguments in his response, which remains due March 20, 2019 as previously scheduled.
> **SO ORDERED.**
>
> Barbara Moses, U.S.M.J.
> March 8, 2019

March 7, 2018

**BY ECF**
The Honorable Barbara C. Moses
United States Magistrate Judge

**MEMO ENDORSED**

Re:   *Troy Britt v. The City of New York, et al.* 17 CV 931 (AJN)

Dear Judge Moses:

   I am Vik Pawar's partner and have taken on the responsibility of responding to defendant's application for fees pursuant to the Sanction Order. I believe that defendant's application far exceeds the boundaries set by the Court. As the Order states, the application for fees was to be limited to narrow issues.

   Although defense counsel seems to have conceded such limitations were set by the court; she has nevertheless sought to expand the scope of her assignment by delving into areas that the Court explicitly excluded.

   It is respectfully requested that instead of me having to likewise expand the scope of our response by having to reply to and point out that which was not specifically requested by the Court, defense counsel be directed to withdraw the application with leave to resubmit a request that adheres to the spirit and language of the Court's Order.

   Specifically:

   Defendant's reasonable costs, including attorney's fees incurred in connection with (a) the depositions of Eric Levy, Esq. and Dwayne Britt, and (b) defendant's successful letters-motions to compel and for sanctions.

I also request until March 27th to respond so that I may request any transcript, if necessary, of Court proceedings.

Sincerely,

Robert Brossner (RB0526)

cc: Defense Counsel (by ECF)