

**Z**ACHARY **W.** **C**ARTER
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**S**UZANNE **E.** **A**RIBAKAN
*Senior Counsel*
Phone: (212) 356-2386
Fax: (212) 356-1148
Email: saribaka@law.nyc.gov

March 26, 2019

**VIA ECF**
The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Troy Britt v. City of New York, et al.
        17 Civ. 931 (AJN)(BCM)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the office of the Corporation Counsel of the City of New York representing defendants Police Officer Stephen Pierce, Police Officer Jason Torres, Police Officer Alonzo Macias, Police Officer Vincent Nevling, Sergeant Donald Gannon, Sergeant Anthony Lombardo, and Lieutenant Jun Zhen (collectively "individual defendants") in the above-referenced matter. Defendants write to respectfully advise the Court that the applications pending at [Docket Entry Nos. 182 & 183] are moot and no longer require a ruling from the Court.

               Respectfully submitted,

               _____/s/_____

               Suzanne Aribakan

Cc: All parties (via ECF)