UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

TROY BRITT,

                                     Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                                   Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-931 (AJN) (BCM)

APR 10 2019

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       4/2        , 2019

PAWAR LAW GROUP
*Attorneys for Plaintiff*
20 Vesey Street, Suite 1210
New York, NY 10007
(212) 571-0805

By: _____
    Vik Pawar
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  Pierce, Torres, Macias, Nevling,
  Gannon, and Zhen*
100 Church Street, 3rd Floor
New York, New York 10007         4/8/19

By: _____
    Suzanne Aribakan
    *Senior Counsel*

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: April 10 , 2019

2